LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 452-8405
erik@babcocklawoffice.com

Attorney for PETITIONER
DANTE ROBERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE R. ROBERSON,<br><br>        Petitioner,<br><br>    v.<br><br>WILLIAM MUNIZ,<br><br>        Respondent. | Case No. 3:15-cv-05748-WHA<br><br>**PETITIONER'S UNOPPOSED EX PARTE APPLICATION TO ENLARGE TIME TO RESPOND TO RESPONDENT'S MOTION TO DISMISS AND ~~PROPOSED~~ ORDER** |

Petitioner Dante Roberson, by and through the undersigned counsel, hereby requests an order enlarging the time for him to respondent to Respondent's Motion to Dismiss as Untimely (Dkt #5).

**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE REQUEST**

I, Erik Babcock, declare as follows:

1. Petitioner is in state custody at Salinas Valley State Prison serving a sentence of 26 years imposed in Alameda County. On December 15, 2015, petitioner filed a pro se petition for writ of habeas corpus (Dkt #1). On February 2, 2016 this court issued an Order to Show Cause requiring a response (Dkt #4). On May 2, 2016, Respondent filed a motion to dismiss the petition as untimely. (Dkt # 5). Petitioner's response to this motion was due on May 31, 2016, according to the docket. As of this writing, no response has been filed.

Ex Parte Motion To Enlarge Time to Respond To Motion and ~~Proposed~~ Order

1

2. I was retained today by Petitioner's father to represent Petitioner in this matter.

3. I need some time in which to obtain the relevant documentation from my client, from prior state defense counsel, and possibly from state court to investigate and prepare a response to Respondent's motion.

4. I telephoned and spoke with Respondent's counsel, Deputy Attorney General Gregory Ott, about this requested extension of time today after I was retained. Mr. Ott stated that he has no objection to an extension of time of 60 days for me to investigate and file any response to his motion to dismiss.

5. I am therefore requesting that the court grant petitioner until July 31, 2016 in which to respond to Respondent's motion to dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3d day of June, 2016, at Oakland, California.

ERIK BABCOCK
Attorney for Petitioner ROBERSON

## ~~PROPOSED~~ ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: July 7, 2016.

WILLIAM ALSUP
U.S. DISTRICT JUDGE