IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANTE R. ROBERSON,

    Petitioner,

  v.

WILLIAM MUNIZ,

    Respondent.

No. C 15-05748 WHA

**ORDER GRANTING IN PART AND DENYING IN PART APPLICATION TO ENLARGE TIME**

The Court previously granted petitioner an extension of sixty days to file a response to the motion to dismiss the petition. Petitioner now asks for an additional sixty days to file a response. Petitioner shall have until **SEPTEMBER 12, 2016**, to file a response to the motion to dismiss. No further extensions shall be granted.

**IT IS SO ORDERED.**

Dated: August 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE