IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANTE R. ROBERSON,

    Petitioner,

v.

WILLIAM MUNIZ,

    Respondent.

No. C 15-05748 WHA

**ORDER TO SHOW CAUSE**

Petitioner filed a pro se petition for writ of habeas corpus on December 15, 2015. On May 2, 2016, respondent filed a motion to dismiss the petition as untimely. On June 3, 2016, petitioner obtained counsel, who asked for an extension (Dkt. No. 6). The Court granted petitioner an extension of sixty days to file a response to the motion to dismiss the petition. Petitioner subsequently asked for a second extension. The Court granted petitioner an extension until **SEPTEMBER 12, 2016**. That deadline has come and gone but no response has been filed. Petitioner is hereby ordered to **SHOW CAUSE**, in writing, **BY OCTOBER 6, 2016 AT NOON**, why this action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: October 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE