IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE R. ROBERSON,<br><br>   Petitioner,<br><br>   v.<br><br>WILLIAM MUNIZ,<br><br>   Respondent. | No. C 15-05748 WHA<br><br>**ORDER DISMISSING PETITION** |

   Petitioner has submitted a statement of non-opposition to respondent's motion to dismiss the petition as untimely (Dkt. No. 11). Accordingly, the petition is **DISMISSED**. The **CLERK SHALL PLEASE CLOSE** the file.

   **IT IS SO ORDERED.**

Dated: October 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE