IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE R. ROBERSON,<br><br>    Petitioner,<br><br>  v.<br><br>WILLIAM MUNIZ,<br><br>    Respondent.<br>                                       / | No. C 15-05748 WHA<br><br>**JUDGMENT** |

Judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: October 11, 2016.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE